UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,
                              Government,                     18 CR 218 (RMB)

            -against-                                **ORDER**

TYLER TORO,
                              Defendant.
-----------------------------------------------------------x

      The Court is scheduling a preliminary teleconference on Tuesday, April 21, 2020 at 11:00 am with respect to Mr. Konoski's request to be relieved and Ms. Shroff's request for a compassionate release.

      It is unlikely that Mr. Toro will be produced for the conference and the Court would request that counsel address whether Mr. Toro's appearance can be waived for the conference.

Dated: New York, New York
          April 16, 2020

                                                        _RMB_
                                      Hon. Richard M. Berman, U.S.D.J.