UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
                        Government,                        18 CR 218 (RMB)

        -against-                                 **ORDER**

TYLER TORO,
                        Defendant.
------------------------------------------------------------x

        In anticipation of tomorrow's 11:00 am conference, the Court requests brief written submissions by 6:30 pm today, as follows:

1- from defense counsel of record and pro bono, Whether there is a knowing waiver of appearance by Mr. Toro for tomorrow's conference; Who requested (and why) that Defendant serve his sentence at MCC?; What response did Ms. Shroff receive to her letter dated April 12, 2020 to the Warden of MCC?;

2- from the Government, Is there any opposition on the merits to releasing Mr. Toro forthwith? What is the Government's (merits) position, especially in light of a BOP scheduled September 2020 release date, and the U.S. Attorney General's recent directive(s)? Is not Mr. Toro entitled to community supervision/home confinement forthwith?

3- from the defense and the Government, What are the appropriate conditions of release agreed to by both parties?

Dated: New York, New York
       April 20, 2020

                                                  RMB
                                       _____
                                       Hon. Richard M. Berman, U.S.D.J.

cc: Nicole McFarland, MCC Counsel