UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                   Government, :      18 CR. 218 (RMB)
:
    - against - :      **ORDER**
:
TYLER TORO, :
                  Defendant. :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, June 15, 2023 at 12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 414 327 406#

Dated: June 7, 2023
      New York, NY

                                                 _Richard M. Berman_
                                             **RICHARD M. BERMAN**
                                                   **U.S.D.J.**