UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                     Government,    :      18 CR. 218 (RMB)
                                       :
        - against -                   :      **ORDER**
                                       :
TYLER TORO,                            :
                                       :
                     Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 30, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 603 797 047#

Dated: August 23, 2023
       New York, NY

                                                  _____
                                                     **RICHARD M. BERMAN**
                                                           U.S.D.J.